**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6767**

STEVEN E. TARPLEY,

                 Plaintiff - Appellant,

        v.

CHARLENE HETTY TRENUM; ISAIS TESSEMA,

                 Defendants – Appellees,

    and

J.   MICHAEL   STOUFFER,   Commissioner;   DAVID   BARTHALOW;
FREDERICK NASTRI; ALBERT EARL DAVIS; JON GALLEY; BOBBY
SHEARIN; FRANK BISHOP, JR.; DONALD CROWE; DOUGLAS DEVORE;
TINNELE WINTERS; ROBERT M. FRIEND; KETTERMAN, Lieutenant; O.
W. CREEK; W. D. SLATE; ROBERT HUFF; B. A. WILT; JOHN DOE,
Sgt., H.U.-4; M. B. GARRISON; S. WINEBRENNER; JEFFREY
SHIMKO; JEREMY LINABURG; R. GOVER; R. GRAHAM; O. K. BERRY;
JAMES BEEMAN; R. SHIELDS; R. GOSS; MILANEY LILLER; BARBARA
NEWLON;   KATHLEEN   GREENE,   Warden;   BRUCE   BOZMAN;   LT.
GALLIGHER; MAJOR MAYCOCK; TYLER, Capt., Mailroom Supervisor;
PERSINGER; SCOTT S. OAKLEY,

                 Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, District Judge.
(1:10-cv-02140-BEL)

Submitted:  October 18, 2011          Decided:  October 21, 2011

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

Steven E. Tarpley, Appellant Pro Se.  Philip Melton Andrews, Ryan Alexander Mitchell, KRAMON & GRAHAM, PA, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven E. Tarpley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tarpley v. Trenum, No. 1:10-cv-02140-BEL (D. Md. filed June 1, 2011, and entered June 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED